United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TEJBIR SINGH CHANDHOK,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Defendants. | Case No. 26-cv-08578-BLF<br><br>**ORDER TO FILE PROOF OF SERVICE OR SHOW CAUSE** |

Petitioner submitted a petition for writ of mandamus seeking relief against Defendants. *See* ECF No. 1. There is no proof in the record that either defendant was served within 90 days after the petition was filed. *See* Fed. R. Civ. P. 4(m). Accordingly, by December 1, 2026, Petitioner is ORDERED to either file proof of service or to show cause why the case should be dismissed for failure to effect service of process within the required time.

**IT IS SO ORDERED.**

Dated: November 23, 2026

BETH LABSON FREEMAN
United States District Judge